IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

| | |
|---|---|
| Civil Action: 23-cv-02607-GPG-TPO | Date: May 5, 2025 |
| Courtroom Deputy: Julie Dynes | FTR – Courtroom C402 |

| *Parties:* | *Counsel:* |
|---|---|
| JOHN T FROST, | Pro Se |
|    Plaintiff, | |
| v. | |
| MEDICINE MAN TECHNOLOGIES, INC., | Laurie Rust |
| BASSEL HUSAN WAHDAN, and | Nicholas Hankins |
| STAR BUDS LOUISVILLE, LLC, | |
|    Defendants. | |

## COURTROOM MINUTES

**SCHEDULING/STATUS/DISCOVERY CONFERENCE**

**Court in session: 1:32 p.m.**

Court calls case. Appearances of counsel and pro se Plaintiff.

This matter comes before the Court regarding the status of the case, the discovery disputes identified in the Joint Discovery Dispute Statement submitted by the Parties via e-mail to this Court's chambers, and to conduct a Scheduling Conference.

The Court outlines the history of the case.

Discussion held on disputed [80] Bill of Costs.

Argument given on [81] Plaintiff's Motion for Default by Mr. Frost.

**ORDERED:   [81] Plaintiff's Motion for Default is DENIED.**

Discussion held on settlement conference.  Plaintiff is to file a notice of interest in settlement within 2 weeks that includes a revised settlement demand, if the plaintiff is interested in settlement.

Discussion is held regarding stipulated facts.

Discussion held on the plaintiff's discovery requests and answers.

Proposed Scheduling Order reviewed.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Parties are limited to five (5) depositions per side, each deposition is limited to 7 hours.
Deposition cut-off: August 29, 2025.
Parties shall designate affirmative experts on or before:  July 1, 2025.
Parties shall designate rebuttal experts on or before: August 1, 2025.
Dispositive Motions Deadline:  October 15, 2025.

**STATUS CONFERENCE:**  A Status Conference is set for July 10, 2025, at 1:00 p.m. before U.S. Magistrate Judge Timothy P. O'Hara in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse at 1929 Stout Street, Denver, Colorado. Should the parties determine that such a hearing is not necessary, the parties may jointly contact chambers to vacate the hearing.

**FINAL PRETRIAL CONFERENCE**: If no summary judgment motions are filed, the parties shall contact Judge Gallagher's chambers jointly via email within seven (7) days after the dispositive motions deadline to set a Final Pretrial Conference. If dispositive motions are filed, parties shall contact Judge Gallagher's chambers jointly via email within thirty days after the Court has issued a ruling (assuming the case survives a motion for summary judgment) to set a Final Pretrial Conference.

HEARING CONCLUDED.

**Court in recess:  2:23 p.m.**
Total time in court: 00:51

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.